Michael J. McCrystal, Esquire
2355 Old Post Road, STE. 4
Coplay, PA 18037
(610) 262-7873

Attorney for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| Timothy C. Moore and Rebecca Jo Moore<br><br>    Debtor. | Case No. 13-11090 REF<br>Chapter 13<br><br>DATE: December 3, 2013<br>TIME: 9:30 AM<br>PLACE: U.S. Bankruptcy Court<br>400 Washington Street<br>Third Floor<br>The Madison Building<br>Reading, PA 19601<br>Courtroom no. 1 |

AND NOW, this _____ day of December 2013, upon consideration of the Debtor's Motion to Sell Free and Clear of Liens and Encumbrances and after notice and opportunity to be heard:

1. It is ORDERED that the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances is GRANTED.

2. The debtor is authorized to sell real property located at 215 East 20th Street, Northampton. PA 18067, free and clear of existing liens and encumbrances of any nature or kind.

3. The Real Property shall be conveyed to Cathy J. Moore, pursuant to the terms and conditions of the agreement of sale (for a purchase price of 125,000.00) as set forth in the Motion, free and clear of any and all existing liens and encumbrances of any nature or kind.

4. Because debtor has secured this sale *without* the assistance of a real estate agent or broker no commission, fee or other payment is due and *none is authorized* to made by this order.

5. The Seller's ordinary, customary and reasonable closing costs including but not limited to transfer taxes, tax certifications, document preparation fees, real estate taxes, lienable municipal services and express mail fees will be paid out of the proceeds of the sale.

6. Following the payment of the Seller's Closing Costs, all liens and encumbrances will be paid out of the proceeds of sale, in the order of their priority, until the proceeds are exhausted as follows:

1. Payoff of First Mortgage and Second Mortgages in favor of Embassy Bank and First Niagara Bank NA respectively. in the amount due and owing to it on the date of settlement until all funds are exhausted. The Court determines that _____ is the first priority lender and _____ is the second priority lender.

a. Debtor does not believe the funds available at settlement will fully pay the first mortgage and junior lienholders will not be paid.

b. Remaining funds (minus any exemptions that debtor may have pursuant to 11 USC section 522) will be paid to the Chapter 13 Trustee and disbursed pro rata to unsecured creditors who have filed allowed proofs of claim.

6. The Debtor is authorized to execute any and all documents and to perform any and all acts necessary for the debtor to consummate the sale of the real property as authorized by this Order.

BY THE COURT:

_____
United States Bankruptcy Judge

2355 Old Post Road, STE. 4                                                           ORDER TO SELL
Coplay, PA 18037
(610) 262-7873

2